UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>Asanda Air II, LLC,<br><br><br>           Debtor. | CHAPTER 11<br><br>Case No. 19-10404-whd |
| Delta Air Lines, Inc.,<br><br>           Movant,<br><br>v.<br><br>Asanda Air II, LLC,<br><br>           Respondent. | CONTESTED MATTER |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2019, I electronically filed the foregoing **DELTA AIR LINES, INC.'S MOTION TO DISMISS CHAPTER 11 CASE OR, IN THE ALTERNATIVE, MOTION FOR RELIEF FROM THE AUTOMATIC STAY** ("Motion") and **NOTICE OF HEARING** ("Notice") with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all participants, including at least the following:

David S. Weidenbaum, Esq.
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303-3330
Email: david.s.weidenbaum@usdoj.gov

Edward F. Danowitz, Esq.
Danowitz Legal, P.C.
300 Galleria Parkway, SE
Suite 960
Atlanta, GA 30339-5949
Email: edanowitz@danowitzlegal.com

Paul Reece Marr, Esq.
Paul Reece Marr, P.C.
300 Galleria Parkway, NW
Suite 960
Atlanta, GA 30339
Email: paul.marr@marrlegal.com

38128309

And I hereby do certify that I have mailed by United States Postal Service, first class mail, postage prepaid the Motion and Notice to the following non CM/ECF participants:

| | |
|---|---|
| Concept Heaven Inc.<br>Attn: Gene Frisco, President<br>245 8th Ave<br>Box 368<br>New York, NY 10011 | Concept Heaven, Incorporated<br>c/o Registered Agent<br>9 E. Loockerman Street, Suite 311<br>Dover, DE 19901 |
| Patrick Kerry Bunday<br>3460 119th Ave NE<br>Bellevue, WA 98005-1200 | Davines North America, Inc.<br>Attn: Anthony Moley, President<br>50 West 23rd St<br>Suite PH<br>New York, NY 10010 |
| John Kerwin<br>2850 Amsdell Rd, Apt. 4<br>Hamburg, NY 14075-7800 | Mark Cox<br>245 8th Ave, Apt. 368<br>New York, NY 10011-1607 |
| Anthony Cassar<br>37 Falcon Lane<br>Levittown, NY 11756-2106 | Robert Mormando<br>9116 3rd Ave, Apt. 1R<br>Brooklyn, NY 11209-5742 |
| Colin Havener<br>863 Hancock St., Apt. 4B<br>Brooklyn, NY 11233-1776 | Joel Graham<br>13600 Marina Pointe Dr. Unit 1506<br>Marina Del Rey, CA 90292-9253 |
| David Abrams<br>4080 N. 38th Ave<br>Hollywood, FL 33021-1935 | Steven Medina<br>1041 Bushwick Ave, Apt. 6F<br>Brooklyn, NY 11221-4349 |
| Steven Medina<br>238 Kearny Ave<br>Perth Amboy, NJ 08861-4404 | Asanda Air II LLC<br>Attn: Gene Frisco, Manager<br>245 8th Ave.<br>Suite 368<br>New York, NY 10011-1607 |
| U.S. Trustee<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

- 2 -

38128309

| | |
|---|---|
| United States Attorney<br>Attn: Civil Process Clerk<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta, GA 30303-3309 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>Suite 900<br>950 East Paces Ferry Road, NE<br>Atlanta, GA 30326-1382 | Secretary of the Treasury<br>15th & Pennsylvania Avenue, NW<br>Washington, DC 20200 |
| PayPal, Inc.<br>c/o CT Corporation System, Registered Agent<br>Attn: Amanda Garcia<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | PayPal Business Loans<br>Attn: Manager, Bankruptcy Notes<br>3505 Silverside Road<br>Wilmington, DE 19810-4905 |
| PayPal Credit Services<br>Attn: Manager<br>PO Box 960080<br>Orlando, FL 32896-0080 | Gene Frisco<br>371 W 21st St. #1E<br>New York, NY 10011-3001 |
| Gene Frisco<br>321 W 2nd Ste 1-E<br>New York, NY 10003-2763 | IRS<br>P.O. Box 474201<br>Atlanta, GA 30362-0000 |

*/s/ Matthew R. Brooks*
Matthew R. Brooks
Bar No. 378018

**TROUTMAN SANDERS LLP**
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308

38128309